```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 03162
   LEON HALEY
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-4063

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/23/2007 and was confirmed 06/18/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/08/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LENDING  CURRENT MORTG          .00           .00          .00
ECAST SETTLEMENT CORP     UNSEC W/INTER      5066.16        489.18       396.08
CAPITAL ONE               UNSEC W/INTER       647.24         62.71        50.49
DISCOVER FINANCIAL SERVI  UNSEC W/INTER      6653.45        642.47       520.17
WEST SUBURBAN MEDICAL CE  UNSEC W/INTER    NOT FILED          .00          .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER       945.97         91.31        73.96
JAMAAL WALLACE            UNSEC W/INTER      1200.00        115.88        93.82
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY        2,590.50                   2,590.50
TOM VAUGHN                TRUSTEE                                         398.43
DEBTOR REFUND             REFUND                                          365.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             5,890.00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                   1,134.52
    INTEREST                                1,401.55
ADMINISTRATIVE                              2,590.50
TRUSTEE COMPENSATION                          398.43
DEBTOR REFUND                                 365.00
                    ---------------       ---------------
TOTALS              5,890.00                5,890.00




              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 03162 LEON HALEY
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE